IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00184-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

RODNEY HAMMONS,

 Defendant.

## MOTION FOR LEAVE TO RESTRICT

  This United States of America moves for leave to restrict Exhibit 1 to its response to defendant Rodney Hammons's compassionate release motion. That exhibit consists of Hammons's most recent medical records from BOP. The government requests Level 2 restriction of the exhibit, which would allow access to the Court, the government, and Hammons. The records contain extensive personal and medical information. To protect Hammons's privacy interests in that information, restriction is warranted and outweighs the presumption of public access. Disclosure of the entire records would undermine those privacy interests. In addition, redaction is not practicable given the nature of the records, the pervasiveness of the personal and medical information, and the potential need for the Court to examine them in full for purposes of resolving the motion.

1

|  |  |
|---|---|
| Dated:  May 22, 2023 | Respectfully submitted, |
|  | COLE FINEGAN<br>United States Attorney |
|  | By:  s/ *Rajiv Mohan*<br>Rajiv Mohan<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: 303-454-0100<br>Fax:  303-454-0406<br>E-mail:  Rajiv.Mohan@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case. I also caused a physical copy of the foregoing document to be sent to:

    Rodney Hammons (#50739-509)
    FCI Victorville Medium II
    13777 Air Expressway Blvd.
    Victorville, CA 92394

                                                  By: s/ *Rajiv Mohan*
                                                  Rajiv Mohan
                                                  Assistant U.S. Attorney
                                                  U.S. Attorney's Office
                                                  1801 California Street, Suite 1600
                                                  Denver, CO 80202
                                                  Telephone: 303-454-0100
                                                  Fax:  303-454-0406
                                                  E-mail:  Rajiv.Mohan@usdoj.gov